## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DAVID GOODMAN                                                                    PLAINTIFF

V.                                    NO. 3:13CV00088 JTR

CAROLYN W. COLVIN,                                                               DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing and remanding this case.

DATED THIS 17th DAY OF July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE